AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) KLEIN-ROBBENHAAR, JOHN F. | 2. Court or Organization United States District Court, District of New Mexico | 3. Date of Report 04/30/2021 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Magistrate Judge (full-time) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2020 **to** 12/31/2020 |
|---|---|---|

**7. Chambers or Office Address**

United States District Court, District of New Mexico
333 Lomas Blvd. NW, Suite 730
Albuquerque, New Mexico 87102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Trustee | Trust #2 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KLEIN-ROBBENHAAR, JOHN F. | 04/30/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Erika Harding Consulting dba Amplify Consulting--earnings |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KLEIN-ROBBENHAAR, JOHN F.** | 04/30/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Capital One Bank | Credit Card | J |
| 2. U.S. Dept. of Education | Student Loans | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KLEIN-ROBBENHAAR, JOHN F. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. -Catalyst Insider Income Fund | A | Interest | J | T | Buy<br>(add'l) | 01/29/20 | K | | |
| 3. -Pershing Govt Cash Fund | | Interest | K | T | | | | | |
| 4. -Fidelity Advisor Total Bond Fund | A | Dividend | L | T | Buy<br>(add'l) | 02/20/20 | K | | |
| 5. -Hundredfold Select Alt. Fund | A | Dividend | J | T | Buy | 10/19/20 | J | | |
| 6. -Invesco Dynamic Credit Opp. Fund | A | Dividend | | | Sold | 09/08/20 | K | | |
| 7. -Ishares S&P Pfd Stock Index Fund | A | Dividend | K | T | | | | | |
| 8. -JP Morgan Strat. Inc. Opp. Fund | A | Dividend | | | Sold | 02/20/20 | K | | |
| 9. -Nuveen Equity Prem. | A | Dividend | | | Sold | 10/15/20 | J | | |
| 10. -Transamerica Capital Growth | A | Dividend | J | T | Buy | 10/16/20 | J | | |
| 11. -Transamerica Intl. Equity | A | Dividend | K | T | | | | | |
| 12. -Vanguard Spec. Portfolios Div. | A | Dividend | L | T | | | | | |
| 13. -Vanguard Index FDS Growth ETF | A | Dividend | K | T | | | | | |
| 14. -Vanguard Index FDS Mid-cap | A | Dividend | K | T | | | | | |
| 15. -Vanguard Total Stock Mkt ETF | A | Dividend | M | T | | | | | |
| 16. | | | | | | | | | |
| 17. Trust #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KLEIN-ROBBENHAAR, JOHN F. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Pershing Cash Acct | A | Interest | | | Closed | 06/10/20 | L | | |
| 19. | | | | | | | | | |
| 20. | | | | | | | | | |
| 21. NM Educ. Ret Assn. Ret. Acct. (controlled solely by NMERA) | A | Dividend | | | Redeemed | 09/25/20 | L | | |
| 22. | | | | | | | | | |
| 23. Nusenda Credit Union: Share Cert. IRA | A | Dividend | | | Redeemed | 05/31/20 | J | | |
| 24. | | | | | | | | | |
| 25. Trust #2 (H) | | | | | | | | | |
| 26. -Real Property (Fairfield County, CT: appraisal: August 2010) | | None | O | Q | | | | | |
| 27. -Fidelity Govt Cash Reserves | | Interest | M | T | | | | | |
| 28. -Accenture PLC CLS A | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 29. -Adobe Inc. Com. | A | Dividend | J | T | Buy | 04/20/20 | J | | |
| 30. -Amazon.Com Inc. | A | Dividend | K | T | | | | | |
| 31. -Bank of America | A | Dividend | K | T | | | | | |
| 32. -AT&T Inc. Com | A | Dividend | | | Sold | 08/18/20 | J | | |
| 33. -Berkshire Hathaway | A | Dividend | M | T | | | | | |
| 34. -Bookings Hldgs Inc. Com. | A | Distribution | | | Sold | 03/10/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KLEIN-ROBBENHAAR, JOHN F.** | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -Cisco Sys. Inc. Com. | A | Dividend | | | Sold | 03/10/20 | J | | |
| 36.   -Constellation Brands Inc. Com. | A | Dividend | | | Sold | 03/17/20 | J | | |
| 37.   -Crown Castle Intl. Corp. New Com. | A | Dividend | K | T | Buy | 10/14/20 | K | | |
| 38.   -Disney Walt Co. | A | Dividend | | | Sold<br>(part) | 03/16/20 | J | | |
| 39. | | | | | Sold | 03/16/20 | J | | |
| 40.   -Edwards Lifesciences Corp. | A | Dividend | | | Sold | 03/24/20 | K | | |
| 41.   -Facebook Inc. | A | Dividend | L | T | | | | | |
| 42.   -Home Depot Inc. | A | Dividend | K | T | Buy | 08/28/20 | K | | |
| 43. | | | | | Buy<br>(add'l) | 09/11/20 | J | | |
| 44.   -Invesco QQQ TR | A | Dividend | L | T | | | | | |
| 45.   -Johnson & Johnson Com. | A | Dividend | K | T | Buy | 05/29/20 | K | | |
| 46. | | | | | Buy<br>(add'l) | 06/15/20 | J | | |
| 47.   -JP Morgan Chase | B | Dividend | | | Sold<br>(part) | 11/24/20 | J | | |
| 48.   -Lululemon Athletica Inc. Com. | A | Dividend | | | Sold<br>(part) | 03/16/20 | J | | |
| 49.   -Microsoft Corp. | A | Dividend | J | T | Buy | 04/01/20 | J | | |
| 50. | | | | | Buy<br>(add'l) | 05/07/20 | J | | |
| 51. | | | | | Buy<br>(add'l) | 08/13/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KLEIN-ROBBENHAAR, JOHN F. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -Morgan Stanley Com. | A | Dividend | | | Sold | 05/15/20 | K | | |
| 53. -Nike Inc. Class B Com. | A | Dividend | | | Sold | 03/16/20 | K | | |
| 54. -PayPal Hldgs Inc. COM | A | Dividend | L | T | | | | | |
| 55. -Salesforce.com Inc. Com. | A | Dividend | | | Sold | 03/16/20 | J | | |
| 56. -Sensata Tech. Hldg PLC | A | Dividend | J | T | Buy | 09/14/20 | J | | |
| 57. -SPDR S&P 500 ETF Fund | C | Dividend | | | Sold<br>(part) | 07/22/20 | K | | |
| 58. -SPDR Portfolio S&P600 Small Cap. ETF | A | Dividend | K | T | Buy | 11/23/20 | K | | |
| 59. -SPDR Blackstone/GSO SEN LOAN | A | Dividend | K | T | Buy | 12/17/20 | K | | |
| 60. -TJX Cos. Inc. New Com. | A | Dividend | | | Sold | 03/24/20 | K | | |
| 61. -Twilio Inc. CL A | A | Dividend | | | Sold | 03/17/20 | J | | |
| 62. -Unilever PLC Spon | A | Dividend | | | Sold | 04/06/20 | K | | |
| 63. -Unilever NV Euro. 16 | A | Dividend | | | Sold | 04/06/20 | J | | |
| 64. -Verizon Communications | B | Dividend | L | T | | | | | |
| 65. -Visa Inc. Com. CL A | A | Dividend | M | T | | | | | |
| 66. -Zoetis Inc. Com | A | Dividend | J | T | | | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

Line 18:  The Pershing Cash Acct. was closed on June 10, 2019.  I neglected to report this activity on my 2019 report.
Line 23:  The Nusenda IRA was redeemed on May 31, 2019.  I neglected to enter this information on my 2019 report.

| Name of Person Reporting | Date of Report |
|---|---|
| **KLEIN-ROBBENHAAR, JOHN F.** | 04/30/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JOHN F. KLEIN-ROBBENHAAR**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544